Luxottica Group S.p.A., Oakley, Inc., Eye Safety Systems, Inc., and Costa Del Mar, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 21-cv-02795

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | rbglass4us.com | 2 | raybby.com |
| 3 | raybhap.com | 4 | rbagd.com |
| 5 | rbakm.com | 6 | rbaue.net |
| 7 | rbbcl.com | 8 | rbbdf.com |
| 9 | rbbff.com | 10 | rbbgz.com |
| 11 | rbbpe.net | 12 | rbcca.net |
| 13 | rbccus.net | 14 | rbccy.com |
| 15 | rbcda.com | 16 | rbcdu.com |
| 17 | rbceg.com | 18 | rbcma.com |
| 19 | rbcoe.com | 20 | rbcrb.com |
| 21 | rbddu.net | 22 | rbdfer.com |
| 23 | rbdmh.com | 24 | rbdnl.com |
| 25 | rbdwr.com | 26 | rbdxk.com |
| 27 | rbdza.com | 28 | rbdzo.com |
| 29 | rbeea.net | 30 | rbeeh.net |
| 31 | rbeev.net | 32 | rbemq.com |
| 33 | rbeve.com | 34 | rbevo.com |
| 35 | rbezb.com | 36 | rbfbb.com |
| 37 | rbfck.com | 38 | rbfoq.com |
| 39 | rbgibs.com | 40 | rbgod.top |
| 41 | rbgoe.top | 42 | rbgou.top |
| 43 | rbgus.top | 44 | rbhee.net |
| 45 | rbher.com | 46 | rbhhv.net |
| 47 | rbhqb.com | 48 | rbhry.com |
| 49 | rbhst.com | 50 | rbhyk.com |
| 51 | rbioc.com | 52 | rbipm.com |
| 53 | rbkah.com | 54 | rbkca.net |
| 55 | rbkmt.com | 56 | rbkoh.com |
| 57 | rbkpp.com | 58 | rbkps.com |
| 59 | rbkrz.com | 60 | rbktq.com |
| 61 | rbkvc.com | 62 | rbkwb.com |
| 63 | rbkxu.com | 64 | rbmpr.com |
| 65 | rbmwt.com | 66 | rbmyw.com |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 67 | rbnex.com | 68 | rbnkg.com |
| 69 | rbnne.net | 70 | rbnnv.net |
| 71 | rbnny.com | 72 | rbnpn.com |
| 73 | rbnre.com | 74 | rbntq.com |
| 75 | rbnyf.com | 76 | rbnyu.com |
| 77 | rbnza.com | 78 | rbnzf.com |
| 79 | rbobd.com | 80 | rbofa.com |
| 81 | rboge.com | 82 | rbogs.com |
| 83 | rbohs.com | 84 | rboue.com |
| 85 | rbovst.com | 86 | rbpip.com |
| 87 | rbppf.com | 88 | rbpwh.com |
| 89 | rbpxs.com | 90 | rbpyz.com |
| 91 | rbqct.com | 92 | rbqda.com |
| 93 | rbqly.com | 94 | rbqpy.com |
| 95 | rbqun.com | 96 | rbqww.com |
| 97 | rbqzk.com | 98 | rbrnc.com |
| 99 | rbrzf.com | 100 | rbsav.com |
| 101 | rbsdd.com | 102 | rbsdz.com |
| 103 | rbshh.com | 104 | rbshm.com |
| 105 | rbsph.com | 106 | rbsyq.com |
| 107 | rbszx.com | 108 | rbtmk.com |
| 109 | rbubs.net | 110 | rbuhg.com |
| 111 | rbuos.com | 112 | rbuou.com |
| 113 | rbupk.com | 114 | rbupn.com |
| 115 | rbups.top | 116 | rbuue.net |
| 117 | rbuuo.com | 118 | rbuuo.top |
| 119 | rbuus.net | 120 | rbuzb.com |
| 121 | rbvhu.net | 122 | rbvmy.com |
| 123 | rbwei.com | 124 | rbwtm.com |
| 125 | rbwup.com | 126 | rbwxb.com |
| 127 | rbxcf.com | 128 | rbxmw.com |
| 129 | rbxxh.com | 130 | rbyaf.com |
| 131 | rbycl.com | 132 | rbyfg.com |
| 133 | rbykd.com | 134 | rbykp.com |
| 135 | rbykw.com | 136 | rbymy.com |
| 137 | rbyns.com | 138 | rbyof.com |
| 139 | rbypq.com | 140 | rbyqt.com |
| 141 | rbytf.com | 142 | rbywd.com |
| 143 | rbzpa.com | 144 | 2021sunglasses.com |
| 145 | alsosunglasses.com | 146 | arquicity.com |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 147 | atlanticoakley.com | 148 | atlanticrayban.com |
| 149 | cloverparkeventcenter.com | 150 | costasunglasses.us |
| 151 | costsunglasses.com | 152 | curability.us |
| 153 | elrbs.com | 154 | eyutjik.top |
| 155 | forfashionwithgoods.shop | 156 | ftbcdfy.top |
| 157 | ghatreab.com | 158 | glasscps.top |
| 159 | glassvipfashionable.shop | 160 | gqgivhc.top |
| 161 | heaviness.us | 162 | heselwoodclropi.com |
| 163 | iggyazaleaworld.com | 164 | jzrbs.com |
| 165 | kmrbs.com | 166 | lavacazul.com |
| 167 | lccrb.com | 168 | ldbrb.com |
| 169 | llcrb.com | 170 | llerb.com |
| 171 | llorb.com | 172 | lmorb.com |
| 173 | lserb.com | 174 | lsvrb.com |
| 175 | lvwrb.com | 176 | lxzrb.com |
| 177 | lzarb.com | 178 | lzbrb.com |
| 179 | lzkrb.com | 180 | nhkkbnw.top |
| 181 | oaklesyste.com | 182 | oakleyshine.com |
| 183 | oczygpr.top | 184 | oeltjwd.top |
| 185 | onsalesunglasses.com | 186 | outletrayban.com |
| 187 | persohot.shop | 188 | persotop.shop |
| 189 | persotops.shop | 190 | persovips.shop |
| 191 | pjczsik.top | 192 | qieljhz.top |
| 193 | qmyfitc.top | 194 | 4mshop.online |
| 195 | r56b.shop | 196 | restauranteviru.com |
| 197 | summerinsale.com | 198 | suncheap.vip |
| 199 | sunglass4u.us | 200 | sunglassesabc.com |
| 201 | sunglassesfuns.com | 202 | sunglassesuly.com |
| 203 | sunglasshutcanada.com | 204 | sunglasshutdiscout.com |
| 205 | sunglasshuts.store | 206 | sunglasshutsonline.com |
| 207 | sunglasshutsoutlets.com | 208 | thahewh.top |
| 209 | topoakleysunglasses.top | 210 | tranfieldujyppo.com |
| 211 | uxhzveb.top | 212 | wapokay.com |
| 213 | wkrbs.com | 214 | yamazaki-vanilla.com |
| 215 | ynlyuyg.top | 216 | zssrb.com |
| 217 | zzarb.com | 218 | zzerb.com |
| 219 | zzgrb.com | 220 | zzirb.com |
| 221 | zzlrb.com | 222 | zzmrb.com |
| 223 | zznrb.com | 224 | zzvrb.com |
| 225 | zzxrb.com | 226 | zzyrb.com |

| No. | Seller Aliases |
|---|---|
| 227 | bakersfieldgate |
| 229 | barstowgate |
| 231 | bluelinlin |
| 233 | chandlerpbb |
| 235 | councilbluffsshop |
| 237 | dofpaeshop |
| 239 | dumasgate |
| 241 | generallygate |
| 243 | habitgate |
| 245 | huangjinye10 |
| 247 | hutchinsonshop |
| 249 | leadsgate |
| 251 | longbeachgate |
| 253 | ludingtonmall |
| 255 | palmspringsgate |
| 257 | patricial |
| 259 | thestarsshop |
| 261 | voguefavor |
| 263 | world_shop2 |

| No. | Seller Aliases |
|---|---|
| 228 | balzacgate |
| 230 | baudelairegate |
| 232 | certaingate |
| 234 | chantell |
| 236 | dhenanktlion |
| 238 | downeygate |
| 240 | eurekagate |
| 242 | glendalegate |
| 244 | honggefansize |
| 246 | hugogate |
| 248 | icelandgate |
| 250 | lianhua226 |
| 252 | losaltosgate |
| 254 | muskegonmall |
| 256 | paloaltogate |
| 258 | sandiegogate |
| 260 | venturagate |
| 262 | vulturemall |
| 264 | glasses-store.net |

| No. | Online Marketplaces |
|---|---|
| 1 | dhgate.com/store/21610924 |
| 3 | dhgate.com/store/21611123 |
| 5 | dhgate.com/store/21645161 |
| 7 | dhgate.com/store/21598006 |
| 9 | dhgate.com/store/21611147 |
| 11 | dhgate.com/store/21614966 |
| 13 | dhgate.com/store/21640952 |
| 15 | dhgate.com/store/21636440 |
| 17 | dhgate.com/store/21632364?dspm=pcen.sp.storerun.8.eJUIigvrGTtzTbEymne3&resource_id=#listing_store-8 |
| 19 | dhgate.com/store/21321446 |
| 21 | dhgate.com/store/21611157 |
| 23 | dhgate.com/store/21632372 |
| 25 | dhgate.com/store/21610869 |

| No. | Online Marketplaces |
|---|---|
| 2 | dhgate.com/store/21640802 |
| 4 | dhgate.com/store/21640955 |
| 6 | dhgate.com/store/21636445 |
| 8 | dhgate.com/store/21599799 |
| 10 | dhgate.com/store/21610499 |
| 12 | dhgate.com/store/21611087 |
| 14 | dhgate.com/store/21610903 |
| 16 | dhgate.com/store/21611105 |
| 18 | dhgate.com/store/21621247 |
| 20 | dhgate.com/store/21640953 |
| 22 | dhgate.com/store/21611568 |
| 24 | dhgate.com/store/21635455 |
| 26 | dhgate.com/store/21610892 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 27 | dhgate.com/store/21611137?dspm=pcen.pd.soldby.store.TWbWn8pcaIO8sCcsPnu0&resource_id=#pd-sellerinfo-storename | 28 | dhgate.com/store/21610922 |
| 29 | dhgate.com/store/21611125 | 30 | dhgate.com/store/21610899 |
| 31 | dhgate.com/store/21599793 | 32 | dhgate.com/store/21611101 |
| 33 | dhgate.com/store/21639549 | 34 | dhgate.com/store/21611141 |
| 35 | dhgate.com/store/21583308 | 36 | dhgate.com/store/21614956 |
| 37 | dhgate.com/store/21272070 | 38 | glasses-store.net |

| No. | Domain Names | No. | Domain Names |
|---|---|---|---|
| 1 | rbglass4us.com | 2 | raybby.com |
| 3 | raybhap.com | 4 | rbagd.com |
| 5 | rbakm.com | 6 | rbaue.net |
| 7 | rbbcl.com | 8 | rbbdf.com |
| 9 | rbbff.com | 10 | rbbgz.com |
| 11 | rbbpe.net | 12 | rbcca.net |
| 13 | rbccus.net | 14 | rbccy.com |
| 15 | rbcda.com | 16 | rbcdu.com |
| 17 | rbceg.com | 18 | rbcma.com |
| 19 | rbcoe.com | 20 | rbcrb.com |
| 21 | rbddu.net | 22 | rbdfer.com |
| 23 | rbdmh.com | 24 | rbdnl.com |
| 25 | rbdwr.com | 26 | rbdxk.com |
| 27 | rbdza.com | 28 | rbdzo.com |
| 29 | rbeea.net | 30 | rbeeh.net |
| 31 | rbeev.net | 32 | rbemq.com |
| 33 | rbeve.com | 34 | rbevo.com |
| 35 | rbezb.com | 36 | rbfbb.com |
| 37 | rbfck.com | 38 | rbfoq.com |
| 39 | rbgibs.com | 40 | rbgod.top |
| 41 | rbgoe.top | 42 | rbgou.top |
| 43 | rbgus.top | 44 | rbhee.net |
| 45 | rbher.com | 46 | rbhhv.net |
| 47 | rbhqb.com | 48 | rbhry.com |
| 49 | rbhst.com | 50 | rbhyk.com |
| 51 | rbioc.com | 52 | rbipm.com |
| 53 | rbkah.com | 54 | rbkca.net |
| 55 | rbkmt.com | 56 | rbkoh.com |

| No. | Domain Names | No. | Domain Names |
|---|---|---|---|
| 57 | rbkpp.com | 58 | rbkps.com |
| 59 | rbkrz.com | 60 | rbktq.com |
| 61 | rbkvc.com | 62 | rbkwb.com |
| 63 | rbkxu.com | 64 | rbmpr.com |
| 65 | rbmwt.com | 66 | rbmyw.com |
| 67 | rbnex.com | 68 | rbnkg.com |
| 69 | rbnne.net | 70 | rbnnv.net |
| 71 | rbnny.com | 72 | rbnpn.com |
| 73 | rbnre.com | 74 | rbntq.com |
| 75 | rbnyf.com | 76 | rbnyu.com |
| 77 | rbnza.com | 78 | rbnzf.com |
| 79 | rbobd.com | 80 | rbofa.com |
| 81 | rboge.com | 82 | rbogs.com |
| 83 | rbohs.com | 84 | rboue.com |
| 85 | rbovst.com | 86 | rbpip.com |
| 87 | rbppf.com | 88 | rbpwh.com |
| 89 | rbpxs.com | 90 | rbpyz.com |
| 91 | rbqct.com | 92 | rbqda.com |
| 93 | rbqly.com | 94 | rbqpy.com |
| 95 | rbqun.com | 96 | rbqww.com |
| 97 | rbqzk.com | 98 | rbrnc.com |
| 99 | rbrzf.com | 100 | rbsav.com |
| 101 | rbsdd.com | 102 | rbsdz.com |
| 103 | rbshh.com | 104 | rbshm.com |
| 105 | rbsph.com | 106 | rbsyq.com |
| 107 | rbszx.com | 108 | rbtmk.com |
| 109 | rbubs.net | 110 | rbuhg.com |
| 111 | rbuos.com | 112 | rbuou.com |
| 113 | rbupk.com | 114 | rbupn.com |
| 115 | rbups.top | 116 | rbuue.net |
| 117 | rbuuo.com | 118 | rbuuo.top |
| 119 | rbuus.net | 120 | rbuzb.com |
| 121 | rbvhu.net | 122 | rbvmy.com |
| 123 | rbwei.com | 124 | rbwtm.com |
| 125 | rbwup.com | 126 | rbwxb.com |
| 127 | rbxcf.com | 128 | rbxmw.com |
| 129 | rbxxh.com | 130 | rbyaf.com |
| 131 | rbycl.com | 132 | rbyfg.com |
| 133 | rbykd.com | 134 | rbykp.com |
| 135 | rbykw.com | 136 | rbymy.com |

| No. | Domain Names | No. | Domain Names |
|---|---|---|---|
| 137 | rbyns.com | 138 | rbyof.com |
| 139 | rbypq.com | 140 | rbyqt.com |
| 141 | rbytf.com | 142 | rbywd.com |
| 143 | rbzpa.com | 144 | 2021sunglasses.com |
| 145 | alsosunglasses.com | 146 | arquicity.com |
| 147 | atlanticoakley.com | 148 | atlanticrayban.com |
| 149 | cloverparkeventcenter.com | 150 | costasunglasses.us |
| 151 | costsunglasses.com | 152 | curability.us |
| 153 | elrbs.com | 154 | eyutjik.top |
| 155 | forfashionwithgoods.shop | 156 | ftbcdfy.top |
| 157 | ghatreab.com | 158 | glasscps.top |
| 159 | glassvipfashionable.shop | 160 | gqgivhc.top |
| 161 | heaviness.us | 162 | heselwoodclropi.com |
| 163 | iggyazaleaworld.com | 164 | jzrbs.com |
| 165 | kmrbs.com | 166 | lavacazul.com |
| 167 | lccrb.com | 168 | ldbrb.com |
| 169 | llcrb.com | 170 | llerb.com |
| 171 | llorb.com | 172 | lmorb.com |
| 173 | lserb.com | 174 | lsvrb.com |
| 175 | lvwrb.com | 176 | lxzrb.com |
| 177 | lzarb.com | 178 | lzbrb.com |
| 179 | lzkrb.com | 180 | nhkkbnw.top |
| 181 | oaklesyste.com | 182 | oakleyshine.com |
| 183 | oczygpr.top | 184 | oeltjwd.top |
| 185 | onsalesunglasses.com | 186 | outletrayban.com |
| 187 | persohot.shop | 188 | persotop.shop |
| 189 | persotops.shop | 190 | persovips.shop |
| 191 | pjczsik.top | 192 | qieljhz.top |
| 193 | qmyfitc.top | 194 | 4mshop.online |
| 195 | r56b.shop | 196 | restauranteviru.com |
| 197 | summerinsale.com | 198 | suncheap.vip |
| 199 | sunglass4u.us | 200 | sunglassesabc.com |
| 201 | sunglassesfuns.com | 202 | sunglassesuly.com |
| 203 | sunglasshutcanada.com | 204 | sunglasshutdiscout.com |
| 205 | sunglasshuts.store | 206 | sunglasshutsonline.com |
| 207 | sunglasshutsoutlets.com | 208 | thahewh.top |
| 209 | topoakleysunglasses.top | 210 | tranfieldujyppo.com |
| 211 | uxhzveb.top | 212 | wapokay.com |
| 213 | wkrbs.com | 214 | yamazaki-vanilla.com |
| 215 | ynlyuyg.top | 216 | zssrb.com |

| No. | Domain Names | No. | Domain Names |
|-----|--------------|-----|--------------|
| 217 | zzarb.com    | 218 | zzerb.com    |
| 219 | zzgrb.com    | 220 | zzirb.com    |
| 221 | zzlrb.com    | 222 | zzmrb.com    |
| 223 | zznrb.com    | 224 | zzvrb.com    |
| 225 | zzxrb.com    | 226 | zzyrb.com    |